Morris Nelson and Herman Sinauer, as Surviving Members of the Firm of Veit & Nelson, Respondents, v. Maurice Veit and Others, Appellants.— Judgment and order affirmed, with costs. No opinion.

Alice M. Sponheimer, as Administratrix, etc., of Adolph Sponheimer, Deceased, Respondent, v. New York City Railway Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Charles P. Morrison and Henrietta Lee Morrison, Respondents, v. Hurtig & Seamon, Appellant.— Judgment and order affirmed, with costs. No opinion. Clarke, J., dissented.

Willet F. Cook, Appellant, v. Rutherfurd Realty Company and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Waclark Realty Company, Appellant, v. Frank A. O'Donnel and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1905.)— Order affirmed, with ten dollars costs and disbursements. No opinion.

Louis T. McFadden, Appellant, v. John A. Innes, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Ingraham, J., dissented.

In the Matter of the Application of Seth M. Milliken, Appellant, to Vacate or Reduce an Assessment for Reregulating, Regrading, etc., Edgecombe Avenue from One Hundred and Forty-seventh to One Hundred and Fifty-fourth Streets, Confirmed October 29, 1907. The City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William L. Johnson, Respondent, v. Victoria Chief Copper Mining and Smelting Company, Appellant, Impleaded with Julia Howe Bigelow and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Fred M. Dennis, Appellant, v. Stock, Grain and Provision Company of New York, Limited, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Miguel E. Nassar, Respondent, v. Salim Elias, Appellant.— Judgment and order affirmed, with costs. No opinion.

William K. Gilchrist v. Jacob G. Lang and Others.— Motion denied, with ten dollars costs.

Daniel W. Richard v. William W. Flannagan.— Motion granted, with ten dollars costs.

William H. Zudreele v. John C. Calhoun.— Motion granted, with ten dollars costs.

Arthur W. Tams v. G. Schirmer and Others.— Motion denied on terms stated in order.

Knickerbocker Investment Company v. Foster M. Voorhees and Others.— Motion granted, with ten dollars costs.

Albert Thompson v. Fleischmann Realty, etc., Company.— Motion granted, with ten dollars costs.

Joseph Buellesbach v. William Henderson.— Motion denied on terms stated in order.

The People of the State of New York v. William Clark.— Motion granted.